AO 91 (Rev. 5/85)

# United States District Court

## DISTRICT OF COLUMBIA

**In re one Porsche automobile, VIN
WP0AB29953S696097; one Coach House RV,
model 272XL, VIN 1FDXE45S64HBO856;
one Cadillac Escalade, VIN 3GYEK62N24G175910**

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

**Case number:**

I, the undersigned affiant Special Agent Randolph O. Gregory, being duly sworn, hereby state that I am a Special Agent of the Internal Revenue Service and have reason to believe that in the Eastern District of North Carolina there is now certain property which is subject to forfeiture to the United States pursuant to Title 18 U.S.C. §§ 981 and 984, namely,

    A.  One Porsche automobile, VIN WP0AB29953S696097;

    B.  One Coach House RV, model 272XL, VIN 1FDXE45S64HBO856; and

    C.  One Cadillac Escalade, VIN 3GYEK62N24G175910

The facts to support a finding of probable cause for issuance of a seizure warrant are based on the facts as stated in the attached Affidavit which is made a part hereof.

Signature of Affiant:    _____
    **Randolph O. Gregory, Jr.**
    **Special Agent, IRS Criminal Investigation**

**Sworn to before me and subscribed in my presence on Nov. ___, 2005, in Washington, D.C.**

_____
Signature of Judicial Officer                            _____, U.S. Magistrate Judge