# United States District Court

_____ DISTRICT OF _____COLUMBIA_____

In the Matter of the Seizure of

**In re one Porsche automobile, VIN WP0AB29953S696097; one Coach House RV, model 272XL, VIN 1FDXE45S64HBO856; one Cadillac Escalade, VIN 3GYEK62N24G175910**

05 - 0 6 3 6 M - 0 1

## SEIZURE WARRANT
CASE NUMBER:

TO: __Special Agents of IRS CRIMINAL INVESTIGATION__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Randy Gregory__ who has reason to

Affiant

believe that in the Eastern District of North Carolina there is now certain property which is subject to forfeiture to the United States, namely

    A. One Porsche automobile WP0AB29953S696097;

    B. One Coach House RV, model 272XL, VIN 1FDXE45S64HBO856; and

    C. One Cadillac Escalade, VIN 3GYEK62N24G175910

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly

return this warrant to
**ALAN KAY**
__U.S. MAGISTRATE JUDGE__ as required by law.

                        U.S. Judge or Magistrate

November __, 2005, at Washington, D.C., at NOV 2 8 2005 _____ a.m./p.m.

_____
Name and Title of Judicial Officer      Signature of Judicial
Officer    **ALAN KAY**
     **U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11/29/05 | DATE AND TIME WARRANT EXECUTED<br>11/30/05 - 8:27AM  12/2/05 2:30PM  12/6/05 8:55AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>11/30 - WILLIAM DRIVER, 12/2 - WAYNE JORDAN<br>12/6 - NATE ASKEW |

INVENTORY MADE IN THE PRESENCE OF

PATRICK McKENNA & WAYNE JORDAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 - 2003 PORSCHE VIN # WP0AB29953S696097

1 - 2005 COACH HOUSE RV, MODEL # 272XL

1 - 2004 CADILLAC ESCALADE EXT VIN # 3GYEK62N24G17591

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x *Randy Gregory*

**FILED**

DEC 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

*John M Facsh*

U.S. Judge or Magistrate

Date 12/19/05